**No. 48037.**—Protests 987573–G, etc., of Saji Trading Co., Ltd. (Los Angeles).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstracts 33634, 38718, and 46265 the claim under paragraph 412 was sustained.

**No. 48038.**—Protests 935091–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by COLE, J. It was stipulated that certain of the items consist of wool hat bodies the same in all material respects as those the subject of *Cohn & Lewis* v. *United States* (4 Cust. Ct. 166, C. D. 314), which record was incorporated in the instant case. In accordance therewith the merchandise was held properly dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 48039.**—Protest 33350–K of Ciba Co., Inc. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that each of the products in question contains certain materials provided for in section 701 as follows, "Sapamine Solid" 71 percent and "Silvatol I" 29 percent, it was held that the two coal-tar colors in question are taxable at 3 cents per pound under said section 701 to the extent that the weight by quantity of the taxable material, as stipulated, bears to the total weight of each of the imported products. Protest sustained to this extent.

**No. 48040.**—Protest 15134–K of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by COLE, J. A sample of the fillet of cod was received in evidence but no sample was produced of the haddock. The "smoke-house man" of the importing concern testified on behalf of the importer and one witness was produced by the defendant, but the testimony of neither was very impressive, and it was stated by the court that the most favorable interpretation of the testimony offered by the plaintiff does not begin to meet the burden imposed upon it, and that to accept such a narrow view that because the merchandise was artificially smoked it does not come within the meaning of the word "smoked" in the tariff act would violate all reason in applying commonly accepted rules governing the interpretation of statutes. Following *United States* v. *Albrecht* (27 C. C. P. A. 112, C. A. D. 71) the protest was overruled and the decision of the collector affirmed.